

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CITY OF EL PASO, MAYOR OSCAR LEESER, CITY REPRESENTATIVES EMMA ACOSTA, CARL L. ROBINSON, MICHIEL R. NOE, COURTNEY C. NILAND, ANN MORGAN LILLY, LARRY ROMERO, CLAUDIA ORDAZ, AND LILY LIMON, | § § § § § | No. 08-15-00130-CV Appeal from the 243rd District Court of El Paso County, Texas |
| Appellants, | § | (TC # 2014DCV2079) |
| v. | § | |
| WATERBLASTING TECHNOLOGIES, INC. AND THOMAS G. WICKER, JR., | § | |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellants' plea to the jurisdiction. We therefore reverse the trial court's order denying Appellants' plea to the jurisdiction and dismiss with prejudice all claims asserted by Appellees against Appellants.

We further order that Appellants recover from Appellees the appellate costs incurred by Appellants, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 13TH DAY OF APRIL, 2016.

STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.